**Fill in this information to identity the case:**

| | |
|---|---|
| Debtor 1 | Elana M Walker |
| Debtor 2 | |
| United States Bankruptcy Court for the: | Northern District of Illinois, Chicago Division   District of   IL (State) |
| Case Number | 1628291 |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.**

**Name of Creditor:**
**MTGLQ Investors, L.P.**

**Court claim no (if known):**

**Date of payment change:** 08/01/2018
Must be at least 21 days after date of this notice

**Last four digits** of any number you use to identify the debtor's account: **4436**

**New total payment:** **$1,269.33**
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No
☑ Yes  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment:** **$713.50**    **New escrow payment:** **$723.95**

## Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate note?**

☑ No
☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

**Current interest rate:**              **New interest rate:**
**Current principal and interest payment:**    **New principal and interest payment:**

## Part 3: Other Payment Adjustment

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No
☐ Yes  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____
**Current mortgage payment:**       **New mortgage payment:**

Debtor 1 Case 16-28291    Doc 29    Filed 07/11/18    Entered 07/11/18 11:07:30    Desc Main
       Stanla S. Oakes                                 Document     Page 2 of 5   Case Number (*if known*)   1628291
       First Name      Middle Name      Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor

☑ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Monica S. Meadows                                                           Date    07/01/2018

Signature

| | | | |
|---|---|---|---|
| **Print** | Monica S. Meadows | Title | Case Manager |
| Company | Shellpoint Mortgage Servicing | | |
| Address | PO Box 10826 | | |
| | Greenville | SC | 29603-0826 |
| Contact phone | (800) 365-7107 | Email | mtgbk@shellpointmtg.com |



Shellpoint Mortgage Servicing
55 Beattie Place
Suite 110
Greenville, SC 29601
For Inquiries: (800) 365-7107

TYREE WALKER
3447 Bradbury Cir
Aurora IL 60504

Analysis Date: June 26, 2018
Loan:
Property Address:
3447 Bradbury Cir
Aurora, IL 60504

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Aug 01, 2018 | Prior Esc Pmt | June 01, 2017 | Escrow Balance Calculation | |
|---|---|---|---|---|---|---|
| P & I Pmt: | $545.38 | $545.38 ** | P & I Pmt: | $545.38 | Due Date: | Jul 01, 2017 |
| Escrow Pmt: | $713.50 | $723.95 | Escrow Pmt: | $713.50 | Escrow Balance: | ($9,294.36) |
| Other Funds Pmt: | $0.00 | $0.00 | Other Funds Pmt: | $0.00 | Anticipated Pmts to Escrow: | $9,275.50 |
| Asst. Pmt (-): | $0.00 | $0.00 | Asst. Pmt (-): | $0.00 | Anticipated Pmts from Escrow (-): | $0.00 |
| Reserve Acct Pmt: | $0.00 | $0.00 | Resrv Acct Pmt: | $0.00 | | |
| Total Payment: | $1,258.88 | $1,269.33 | Total Payment: | $1,258.88 | Anticipated Escrow Balance: | ($18.86) |

| Shortage/Overage Information | Effective Aug 01, 2018 |
|---|---|
| Upcoming Total Annual Bills | $7,914.18 |
| Required Cushion | $1,319.03 |
| Required Starting Balance | $3,073.61 |
| Escrow Shortage | ($3,092.47) |
| Surplus | $0.00 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of $1,319.03. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below $1,319.03 or 1/6 of the anticipated payment from the account.

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

This is a statement of actual activity in your escrow account from June 2018 to July 2018. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | $4,584.60 | ($9,294.36) |
| Jun 2018 | $654.95 | | $2,807.18 | | * County Tax | $2,432.37 | ($9,294.36) |
| Jul 2018 | $654.95 | | | | * | $3,087.32 | ($9,294.36) |
| | | | | | Anticipated Transactions | $3,087.32 | ($9,294.36) |
| Jun 2018 | | $8,562.00 P | | | | | ($732.36) |
| Jul 2018 | | $713.50 P | | | | | ($18.86) |
| | $1,309.90 | $9,275.50 | $2,807.18 | $0.00 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.
P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Analysis Date: June 26, 2018
Loan:

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | ($18.86) | $3,073.61 |
| Aug 2018 | $659.52 | | | $640.66 | $3,733.13 |
| Sep 2018 | $659.52 | $2,807.18 | County Tax | ($1,507.00) | $1,585.47 |
| Oct 2018 | $659.52 | | | ($847.48) | $2,244.99 |
| Nov 2018 | $659.52 | | | ($187.96) | $2,904.51 |
| Dec 2018 | $659.52 | $2,245.00 | Hazard | ($1,773.44) | $1,319.03 |
| Jan 2019 | $659.52 | | | ($1,113.92) | $1,978.55 |
| Feb 2019 | $659.52 | | | ($454.40) | $2,638.07 |
| Mar 2019 | $659.52 | | | $205.12 | $3,297.59 |
| Apr 2019 | $659.52 | | | $864.64 | $3,957.11 |
| May 2019 | $659.52 | | | $1,524.16 | $4,616.63 |
| Jun 2019 | $659.52 | $2,862.00 | County Tax | ($678.32) | $2,414.15 |
| Jul 2019 | $659.52 | | | ($18.80) | $3,073.67 |
| | $7,914.24 | $7,914.18 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your ending balance from the last month of the account history (escrow balance anticipated) is ($18.86). Your starting
balance (escrow balance required) according to this analysis should be $3,073.61. This means you have a shortage of $3,092.47.
This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's
deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 48 months.
We anticipate the total of your coming year bills to be $7,914.18. We divide that amount by the number of payments expected during the coming year
to obtain your escrow payment.

| New Escrow Payment Calculation | |
| --- | --- |
| Unadjusted Escrow Payment | $659.52 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $64.43 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $723.95 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $1,204.90 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed.

TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE,
NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.

---

✂ Detach Here

**Shellpoint Mortgage Servicing**
Shellpoint Mortgage Servicing
55 Beattie Place
Suite 110
Greenville, SC 29601
(800) 365-7107

**Escrow Shortage Reply (This is not a bill)**

Loan Number:
Full Shortage Amount: $3,092.47
Payment Amount: $_____

Your escrow shortage has been spread over 48 months, resulting in an additional increase in your monthly payment in the amount of $64.43.

Shellpoint Mortgage Servicing
P.O. Box 740039
Cincinnati, OH 45274-0039

IF YOU CHOOSE to pay your shortage in full, please visit
http://www.shellpointmtg.com/ in order to expedite your payment
You can also mail this coupon with your remittance of the full
shortage amount to the address to the left

| | |
|---|---|
| Shellpoint Mortgage Servicing<br>PO Box 10826<br><br>Greenville, SC  29603-0826 | Phone Number:   (800) 365-7107<br>Fax:                        (866) 467-1137<br><br>Email:   mtgbk@shellpointmtg.com |

RE: Debtor 1   Elana M  Walker
    Debtor 2

Case No:    1628291

PROOF OF SERVICE

I certify that a copy of the foregoing documents were served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day,  7/1/2018.

Northern District of Illinois, Chicago Division
219 South Dearborn Street
Chicago, IL  60604


Glenn B Stearns
801 Warrenville Road
Suite 650
Lisle, IL  60532-4350


David H Cutler
4131 Main St

Skokie, IL  60076


Elana M  Walker

3447 Bradbury Cir
Aurora IL  60504



/s/ Monica S. Meadows